Form 3A
(10/05)

# United States Bankruptcy Court
District Of __Illinois__

In re __Theresa Kinniry__
            Debtor

Case No. __07-72012__

Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __299.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee *

   $ __75.00__  Check one ☒ With the filing of the petition, or
                          ☐ On or before _____
   $ __75.00__  on or before __September 15, 2007__
   $ __75.00__  on or before __October 15, 2007__
   $ __75.00__  on or before __November 15, 2007__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    __Theresa Kinniry__    __8-22-07__
Signature of Attorney         Date       Signature of Debtor    Date
                                         (In a joint case, both spouses must sign.)

_____
Name of Attorney
                                         _____    _____
                                         Signature of Joint Debtor (if any)    Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 2 4 2007

KENNETH S. GARDNER, CLERK
BY_____
DEPUTY CLERK

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
############ District Of _____Illinois____

In re __Theresa Kinning__,    Case No. _____ _____
         Debtor

                                Chapter __7__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __75.00__    Check one ☒  With the filing of the petition, or
                        ☐  On or before _____
$ __75.00__    on or before __September 15, 2007__
$ __75.00__    on or before __October 15, 2007__
$ __75.00__    on or before __November 15, 2007__

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

**KENNETH S. GARDNER**
Clerk of the U.S. Bankruptcy Court

Date: __August 24, 2007__

_United States Bankruptcy Judge_